GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

```
 X  FILED      ___ LODGED
 ___ RECEIVED  ___ COPY

      AUG 2 7 2024

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
 BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-24-1442-PHX-MTL (JZB) |
|---|---|---|
| Plaintiff, | | **I N D I C T M E N T** |
| vs. | VIO: | 18 U.S.C. § 371 (Conspiracy to Make False Statements in the Purchase of a Firearm) Count 1 |
| 1. Albert Moses Coury, III, (Counts 1-25) | | 18 U.S.C. §§ 924(a)(1)(A) and 2 (False Statement in the Purchase of a Firearm, Aiding and Abetting) Counts 2-12 |
| 2. Natalie Turner, (Counts 1-12) | | 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 (Material False Statement in the Purchase of a Firearm, Aiding and Abetting) Counts 13-25 |
| Defendants. | | 18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about April 5, 2020, through on or about December 9, 2021, within the District of Arizona, Defendants ALBERT MOSES COURY, III and NATALIE TURNER

did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements or representations with respect to the information required to be kept in the records of a person who is a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

**Purpose of the Conspiracy**

The purpose of this conspiracy was for a licensed dealer of firearms to sell firearms by means of knowingly making false statements and representations in the records the firearms dealer was required to maintain.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants ALBERT MOSES COURY, III and NATALIE TURNER and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

1. Between on or about April 5, 2020, through on or about December 9, 2021, Defendant ALBERT MOSES COURY, III owned and managed American Guns and Ammo in the District of Arizona.  American Guns and Ammo is a licensed dealer of firearms (also known as a Federal Firearms Licensee "FFL") within the meaning of Chapter 44, Title 18, United States Code.

2. It was part of the conspiracy that Defendants ALBERT MOSES COURY, III and NATALIE TURNER would illegally sell/transfer firearms from Defendant ALBERT MOSES COURY, III's FFL business in the District of Arizona.

3. It was a further part of the conspiracy that Defendants ALBERT MOSES COURY, III and NATALIE TURNER would make false statements and representations on the ATF Form 4473 regarding the location at which the ATF Form 4473 was completed.

//

**Overt Acts**

In furtherance of the conspiracy, between on or about April 5, 2020, through on or about December 9, 2021, Defendants ALBERT MOSES COURY, and III, NATALIE TURNER, and one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1.  Defendant NATALIE TURNER assisted in running the FFL, specifically completing and keeping forms and records required to be kept by the FFL.

2.  Defendant NATALIE TURNER often conducted the FFL business from her residence and not from the FFL.

3.  Defendants ALBERT MOSES COURY, III and NATALIE TURNER knowingly made false statements and representations in connection with the sale of firearms from the FFL.

4.  Defendant NATALIE TURNER executed at least eleven (11) Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Forms 4473, Firearms Transaction Record, certifying that the ATF Form 4473 had been completed at the FFL business premises.

5.  Defendant NATALIE TURNER knew that she had completed portions of the ATF Form 4473 at a location other than the FFL business premises.

6.  Defendant ALBERT MOSES COURY, III aided, abetted, counseled, commanded, induced or procured Defendant NATALIE TURNER to make false statements on the ATF Form 4473.

All in violation of Title 18, United States Code, Section 371.

**COUNTS 2-12**

From on or about April 5, 2020, through on or about December 9, 2021, in the District of Arizona, Defendants ALBERT MOSES COURY, III and NATALIE TURNER knowingly made false statements and representations in connection with the sale of firearms from the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the

- 3 -

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendants ALBERT MOSES COURY, III and NATALIE TURNER aided and abetted one another in the execution of Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant NATALIE TURNER completed the section on the ATF Form 4473 certifying that she had read and understood the Notices, Instructions, and Definitions on the ATF Form 4473, that the information in Sections B and D was true, correct, and complete, and that the entire transaction record had been completed at the licensed business premises, whereas in truth and fact, Defendant NATALIE TURNER knew that she had completed portions of the ATF Form 4473 at a location other than the licensed business premises, and Defendant ALBERT MOSES COURY, III aided, abetted, counseled, commanded, induced or procured Defendant NATALIE TURNER to make false statements on the ATF Form 4473:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 2 | April 7-8, 2020 | American Guns & Ammo |
| 3 | April 15-17, 2020 | American Guns & Ammo |
| 4 | May 1, 2020 | American Guns & Ammo |
| 5 | July 15-17, 2020 | American Guns & Ammo |
| 6 | July 30 2020 – August 5, 2020 | American Guns & Ammo |
| 7 | August 13-14, 2020 | American Guns & Ammo |
| 8 | August 20-21, 2020 | American Guns & Ammo |
| 9 | October 9-13, 2020 | American Guns & Ammo |
| 10 | October 16, 2020 | American Guns & Ammo |
| 11 | November 16, 2021 | American Guns & Ammo |
| 12 | December 8-9, 2021 | American Guns & Ammo |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNTS 13-25

From on or about April 5, 2020, through on or about December 9, 2021, in the District of Arizona, Defendant ALBERT MOSES COURY, III knowingly aided, abetted, counseled, commanded, induced or procured other persons who made false statements and representations with respect to the information required to be kept in the records of a person who is a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in that Defendant ALBERT MOSES COURY, III allowed others to execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating they were the actual transferee/buyer of the firearm(s), whereas in truth and fact, Defendant ALBERT MOSES COURY, III knew the individuals completing the ATF Form 4473 were purchasing the firearm(s) for another person:

| Count | Date | FFL (Business) Name |
|---|---|---|
| 13 | April 7-8, 2020 | American Guns & Ammo |
| 14 | April 15-17, 2020 | American Guns & Ammo |
| 15 | May 1, 2020 | American Guns & Ammo |
| 16 | May 19, 2020 | American Guns & Ammo |
| 17 | July 15-17, 2020 | American Guns & Ammo |
| 18 | July 30 2020 – August 5, 2020 | American Guns & Ammo |
| 19 | August 13-14, 2020 | American Guns & Ammo |
| 20 | August 20-21, 2020 | American Guns & Ammo |
| 21 | October 3, 2020 | American Guns & Ammo |
| 22 | October 9-13, 2020 | American Guns & Ammo |
| 23 | October 16, 2020 | American Guns & Ammo |

- 5 -

| Count | Date | FFL (Business) Name |
|-------|------|---------------------|
| 24 | November 16, 2021 | American Guns & Ammo |
| 25 | December 8-9, 2021 | American Guns & Ammo |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1–25 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d), 981, and 982, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–25 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable. If any forfeitable property, as a result of any act or omission of any defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

- 6 -

All in accordance with 18 U.S.C. §§ 924(d), 981, and 982, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: August 27, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona


*S/*
JACQUELINE SCHESNOL
Assistant U.S. Attorney