TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Jacqueline.schesnol@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-24-1442-PHX-MTL (JZB) |
|---|---|
| Plaintiff, | NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1(a) |
| vs. | |
| 1. Albert Moses Coury, III, and 2. Natalie Turner, | |
| Defendant. | |

The United States hereby provides notice, pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that the confessions, admissions, and statements contained in the discovery provided in this case may be introduced into evidence by the government at trial. See *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

//

//

//

//

//

These confessions, admissions, and statements include, but are not limited to, statements made by the defendant to law enforcement officers. These statements have been provided in discovery in the form of police reports and recorded interviews.

Respectfully submitted this 7th day of March, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Joy Malby Bertrand
Attorney for Defendant Albert Moses Coury, III

Robert James McWhirter
Attorney for Natalie Turner

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney