TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Arizona State Bar No. 016742
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
E-Mail: Jacqueline.Schesnol@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR-24-1442-001-PHX-MTL |
| vs. | **UNITED STATES' REQUEST FOR** *FRYE/COOPER* **HEARING** |
| Albert Moses Coury, III, | |
| Defendant. | |

The United States requests the Court set a hearing before this Court so that the parties can make a record regarding the government's plea offer pursuant to *Missouri v. Frye*, 566 U.S. 133 (2012) and *Lafler v. Cooper*, 566 U.S. 156 (2012). In *Frye*, the Court advised that "formal offers can be made part of the record at any subsequent plea proceeding or before a trial on the merits, all to ensure that a defendant has been fully advised before those further proceedings commence." 566 U.S. at 146.

At the hearing, the United States will make a record of the plea offer rejected by defendant Albert Moses Coury, III in this matter. In order to avoid any argument on appeal or in a 28 U.S.C. § 2255 proceeding that the plea offer was never conveyed to Mr. Coury, the United States requests the Court set a short *Frye*/*Cooper* hearing to take place. The requested hearing will ensure that Mr. Coury is fully aware of the proposed plea offer.

Counsel for Mr. Coury objects to the request for this hearing.

If the government's motion is granted over defendant's objection, the United States requests this hearing take place at the status conference currently scheduled for May 12, 2025.

A proposed form of order is attached.

Respectfully submitted this 6th day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Joy Malby Bertrand
Attorney for Defendant Albert Moses Coury, III

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney