## Lipner, Gregory A.

| | |
|---|---|
| **From:** | Taddei, Leah A |
| **Sent:** | Monday, November 30, 2020 3:08 PM |
| **To:** | Lipner, Gregory A. |
| **Subject:** | Fwd: Interesting Case |
| **Attachments:** | JOSE PLACENCIA INVOICE.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Linked to HECTOR CAMARENA-BEDOY.  See below.

Leah Taddei

Begin forwarded message:

> **From:** ▆▆▆▆▆ <tombstonetacticalcompliance@gmail.com>
> **Date:** November 30, 2020 at 2:31:36 PM MST
> **To:** "Taddei, Leah A" ▆▆▆▆▆▆▆
> **Subject: Interesting Case**

So we have a bit of an interesting one for you Leah.

We had a customer by the name of JOSE PLASCENCIA come into the store on 11/27/202 trying to purchase the typical inexpensive firearms popular with suspicious purchasers.  All the information I have for this person is on the attached invoice from a previous purchase.  We denied and cancelled the sale because he could not produce proper identification.  A couple hours later someone, we assume Jose's brother because they had the same last name, came in and tried to purchase the exact same firearms.  We denied the sale because it was obviously a straw purchase attempt.

Today we received an online order from Jose where he is trying to have seven firearms sent to another FFL, American Guns & Ammo, here in Phoenix.  We contacted that FFL to warn them of the potential straw purchase.

As we were doing some more looking into Jose's history with us we found he had another similar order that was cancelled due to an inventory discrepancy on 6/9/2020.  And then the order the attached invoice is from on 5/20/2020. However, while reviewing the order we discovered a note saying the guns were actually for a HECTOR CAMARENA-BEDOY but they couldn't change the name on the order.  Obviously this raises a lot of suspicion looking at the totality of the history of this customer.

I have four completed 4473 transactions for Hector and I am in the process of pulling those to send you.  To date, Jose has not completed a 4473 for any transactions.

▆▆▆▆▆

*Compliance Specialist*

1

**Tombstone Tactical**
compliance@tombstonetactical.com