TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Arizona State Bar No. 016742
JOSEPH KOEHLER
Arizona State Bar No. 013288
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Jacqueline.schesnol@usdoj.gov
Email: joe.koehler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Albert Moses Coury, III,<br>Defendant. | CR-24-1442-001-PHX-MTL (JZB)<br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE OUT-OF-COURT STATEMENTS** |

The United States responds to Defendant Coury's motion *in limine* to preclude out-of-court statements. (Doc. 84.) This motion is moot, as the United States has no intention of introducing out-of-court statements of persons other than Defendant Coury except as set forth below.

Defendant Coury seeks to preclude the United States from introducing reports of investigations, recorded interviews, and emails. The United States does not intend to offer hearsay evidence unless a clear exception applies as outlined in Federal Rules of Evidence 802 and 803. The only circumstance under which any reference to any out-of-court statement might be made would be if a witness were to testify in a manner inconsistent with their previous statements. If that were to occur, the United States may mark the

corresponding report, recording, or email as an exhibit. The United States would not seek to admit the exhibit as extrinsic evidence but rather would use it for the purpose of refreshing a witness's recollection or confronting the witness with the inconsistent statement to impeach them, and for the purpose of creating a clear record of what was used to refresh recollection or confront the witness. Even under those circumstances, the government would not move to admit the report, recording, or email.

Based on the foregoing, Defendant Coury's motion is moot.

Respectfully submitted this 27th day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
JOSEPH KOEHLER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Joy Malby Bertrand
Attorney for Defendant Albert Moses Coury, III

*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney