TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Arizona State Bar No. 016742
JOSEPH KOEHLER
Arizona State Bar No. 013288
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Jacqueline.schesnol@usdoj.gov
Email: joe.koehler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-1442-001-PHX-MTL (JZB) |
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE MENTION OF GANGS, CARTELS, AND/OR MEXICO** |
| vs. | |
| Albert Moses Coury, III, | |
| Defendant. | |

The United States responds to Defendant Coury's motion *in limine* to preclude mention of gangs, cartels, or Mexico.  (Doc. 83.)

The United States has no intention of mentioning gangs or cartels.  The only circumstance under which any reference to Mexico would come up is if there is evidence that demonstrate Defendant Coury knew firearms were not for the individuals who were listed on the ATF Forms 4473, but that firearms were intended for other persons in Mexico.

//

//

//

//

//

If the defendant "opens the door" regarding gangs, cartels, or Mexico, then the United States will have the right to extract relevant information regarding those topics.

Respectfully submitted this 28th day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
JOSEPH KOEHLER
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Joy Malby Bertrand
Attorney for Defendant Albert Moses Coury, III


*s/Jacqueline Schesnol*
JACQUELINE SCHESNOL
Assistant U.S. Attorney